UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| In Re: | Case No. 19-20133 |
| Shannon Lee Perdue | Chapter 13 |
| Debtor. | Chief Judge Tracey N. Wise |

**RESPONSE TO OBJECTION TO CLAIM NUMBER 5 FILED BY TOYOTA MOTOR CREDIT CORPORATION**

Toyota Motor Credit Corporation ("Creditor") by and through their undersigned counsel, hereby files this response to the Debtor's Objection to Proof of Claim filed on May 30, 2019. This objection is hereby supported by the following memorandum.

**MEMORANDUM**

Creditor, by and through their undersigned counsel, hereby files this response to the Debtor's Objection to Proof of Claim filed on May 30, 2019.

The Debtor's proposed treatment of Creditor's claim, Court Claim #5, is "Debtor's plan (Doc. 17) bifurcates Creditor's claim under Section 506 of the Bankruptcy Code, which according to the current valuation of the vehicle would secure $13,763.71 of the entire debt and leave $10,681.43 as unsecured debt to be paid along with other general secured creditors ". However, Debtor's plan actually proposes to treat the claim under section 3.3 the 910 provision of the plan that allows the claim to be paid in full as filed. No cram down is proposed and Debtor's objection is inaccurate in stating such treatment under the proposed plan.

The vehicle in question is a 2017 TOYOTA COROLLA - VIN 2T1BURHE4HC864472 ("Vehicle") which was purchased on July 31, 2017. The Debtor's bankruptcy was filed on February 2, 2019. The vehicle was purchased within 910 days of the filing of the petition;

therefore, Creditor is entitled to full contract balance of the vehicle, which was $24,445.14 at a "Till" interest rate of 7.50%. (The current Wall Street Journal published prime interest rate, plus a 2% risk factor.).

Wherefore, Creditor respectfully requests that Debtor's Objection to Claim be overruled. Creditor has also filed contemporaneously an Objection to Confirmation to clarify the proper interest rate and amount to be paid on the claim over the life of the bankruptcy.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on June 17, 2019.

**By Notice of Electronic Filing to:**

Dolores L. Dennery, Debtor's Counsel
dolores@dennerypllc.com

Beverly M. Burden, Trustee
Notices@Ch13EDKY.com

Office of the U.S. Trustee
ustpregion08.lx.ecf@usdoj.gov

**By United States mail to:**

    Shannon Lee Perdue, Debtor
    187 Gouge Drive
    Dry Ridge, KY 41035

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (97962)
    Attorney for Creditor