**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Tracey N. Wise**

IN RE:                                                                                      CASE NUMBER 19-20133

Shannon Lee Perdue

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 07/23/2019                                                                             TIME: 10:00

ISSUE:

35    05/30/2019    Objection to Claim Number 5 by Claimant TOYOTA MOTOR CREDIT CORP.. , Filed by Shannon Lee Perdue. Hearing scheduled for 7/23/2019 at 10:00 AM at Covington Courtroom. (Dennery, J. Christian)

DISPOSITION:

Cont

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Tuesday, July 23, 2019**
**(sms)**